# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**HAO LIU**
      Plaintiff

vs.                                  **CASE NUMBER: 5:21-cv-1111**

QBE-Commercial Check#00361360 in the $1,641.00 and Proceeds of all Funds in JPMorgan Chase Bank of Syracuse New York Account-Number XXXXX7005; in the name QBE Holdings et al
      Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED as frivolous.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated this 15th day of October, 2021.

DATED: October 15, 2021

_signature_
Clerk of Court

s/ _____
Zach Cortese
Deputy Clerk